# Court of Appeals
# of the State of Georgia

ATLANTA,____May 05, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1466.  RAMONA CONSTANTARAS, et al. v. AMERICAN SECURITY INSURANCE COMPANY, et al.**

Ramona and Basil Constantaras, plaintiffs in the case below, seek appellate review of the trial court's orders granting various defendants' motions to dismiss. On November 5, 2014, the trial court dismissed the Constantarases' claims against American Security Insurance Company and Standard Insurance Company.  The Constantarases filed a notice of appeal from that order, which has been docketed as Case No. A15A1466.   On December 8, 2014, the trial court dismissed the Constantarases' remaining claims.  They filed a notice of appeal from that order, which has been docketed as Case No. A15A1465.

American Security Insurance Company and Standard Insurance Company have filed a motion to dismiss Case No. A15A1466 for failure to follow the interlocutory appeals procedure.  "In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." (Punctuation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989); see also *Yates v. CACV of Colorado*, 295 Ga. App. 69 (670 SE2d 884) (2008).   Thus, the order from which the Constantarases appeal in Case No. A15A1466 was not final.

To appeal that order, the Constantarases were required to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b).  See *Johnson*, supra.  They failed to do so.  The fact that an appealable judgment now exists does not cure the fatal defect in the notice of appeal in the instant case.   See *Richardson v. General Motors Corp.*, 221 Ga. App. 583, 583-584 (472 SE2d 143) (1996).   However, the

November 5, 2014, order can be enumerated as error as part of the appeal in Case No. A14A1465, pursuant to OCGA § 5-6-34 (d).

Accordingly, American Security Insurance Company and Standard Insurance Company's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____05/05/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*